AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

| | |
|---|---|
| BRIEFCASE OF<br>JEFFREY ALAN ROTHSCHILD,<br>aka Jeffrey Alan Zahler<br>Black nylon briefcase with a silver tag<br>bearing the words "Porsche Design"<br><br>(Further described below) | **APPLICATION AND AFFIDAVIT<br>FOR SEARCH WARRANT**<br><br>CASE NUMBER: |

I    KEVIN P. AURAND            being duly sworn depose and say:

I am a(n)   Special Agent with the United States Secret Service       and have reason to believe
                (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)
**a black nylon briefcase with a silver tag on it bearing the words "Porsche Design" as more fully described in the affidavit and ATTACHMENT A**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
SEE THE AFFIDAVIT AND ATTACHMENTS A and B

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence, instrumentalities and fruits

of a violation of Title   18   United States Code, Section(s) §§ 641 & 1028(a)   . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.      ☒ YES    ☐ NO

Jessie K. Liu
Federal Major Crimes Section
(202) 514-7549

Signature of Affiant
Kevin P. Aurand,  Special Agent
United States Secret Service

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer