## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

      I, KEVIN P. AURAND, a Special Agent with the United States Secret Service ("USSS"), Department of Homeland Security ("DHS"), being first duly sworn, hereby depose and state:

      1.      I am a Special Agent with the USSS and have been so employed since August 2002. I am presently assigned to the Washington Field Office of the USSS. Pursuant to 18 U.S.C. § 3056, the statute setting forth the authority of USSS Special Agents, I routinely conduct investigations into federal financial and economic crimes, including bank fraud, access device fraud, identification document fraud, identity theft, and counterfeiting of United States currency, including forgery of United States Treasury checks and securities.

      2.      This affidavit contains information in support of an application for a United States District Court search warrant for a black nylon briefcase described more fully in Attachment A to this affidavit, which is hereby incorporated by reference. The items to be seized pursuant to this search warrant are records, documents, photographs, electronic devices, and keys, as described more fully in Attachment B to this affidavit, which is hereby incorporated by reference.

      3.      The facts and information contained in this affidavit are based upon my personal knowledge and my review of records, documents, and other physical evidence obtained during this investigation, as well as information conveyed to me by other witnesses, including other law enforcement officials. This affidavit does not include each and every fact known to the government but only those necessary to support a finding of probable cause.

      4.      On or about March 1, 2006, I received a report from an investigator for Commerce Bank, a federally insured bank, regarding fraudulent activity associated with one of its accounts, account number 3990035960. This account was opened on or about October 15, 2005, at the Commerce Bank South Washington Store at 119 South Washington Street, Alexandria, Virginia, as a business account titled "Whitaker, Kleinberg, Gelles, Thorton, Inc.," with Ridley M. Whitaker as the authorized signatory. The individual who opened this account provided Commerce Bank with a certificate of incorporation from the State of Delaware for "Whitaker, Kleinberg, Gelles, Thorton, Weltman, Gaynor and Davis, Incorporated" that listed the corporation's alleged principal office as located at 1800 Diagonal Road, Alexandria, Virginia, and its president as Ridley M. Whitaker. This individual also presented a District of Columbia driver's license in the name of Ridley M. Whitaker, 1684 P Street, N.W., Washington, D.C. 20007, but gave his residence as 1718 M Street, N.W., Washington, D.C., his Social Security number as ▮▮▮▮▮▮▮▮, and his date of birth as ▮▮▮▮▮▮▮▮.

      5.      On or about December 12 and 13, 2005, a total of five (5) checks were deposited into Commerce Bank account number ▮▮▮▮▮▮▮▮ at Commerce Bank's Dupont Circle location, 1753 Connecticut Avenue, N.W., Washington, D.C., in the following amounts: $2200.00, $2200.00, $2200.00, $2100.00, and $2200.00. On or about December 14, 2005, one (1) check was deposited at the Commerce Bank location at 200 West 26th Street, New York, New York, in the amount of $4400.00. On or about December 15, 2005, one (1) check was deposited at the Commerce Bank location at 1120 Avenue of the Americas, New York, New York, in the amount of $4000.00. All

seven of these checks were drawn on Bank of America account number ▮▮▮▮▮ titled "Prefabricated Housing of America."

6. All of the seven checks described in Paragraph 5 were returned to Commerce Bank for insufficient funds. Before those checks were dishonored, however, an unknown individual made numerous withdrawals from Commerce Bank account number ▮▮▮▮▮, including at least one (1) withdrawal in the District of Columbia. Commerce Bank sustained a total loss of $18,576.01. I have reviewed surveillance videotapes from Commerce Bank, which depict the same individual making all the deposits into, and withdrawals from, Commerce Bank account number ▮▮▮▮▮.

7. The address given by the individual purporting to be Ridley M. Whitaker, 1718 M Street, N.W., Washington, D.C., is not a residence, but instead is a UPS store. A mailbox at this store was rented on or about October 18, 2005, in the name of Ridley Whitaker. The individual who rented the mailbox presented a Washington, D.C. driver's license in the name of Ridley M. Whitaker.

8. An inquiry to the District of Columbia Department of Motor Vehicles revealed that the District of Columbia driver's license presented to Commerce Bank by the individual purporting to be Ridley M. Whitaker is not on file with the District of Columbia Department of Motor Vehicles. The address that appears on that driver's license, 1684 P Street, N.W., Washington, D.C. 20007, does not exist.

9. Further investigation revealed that an individual named Ridley M. Whitaker, with a Social Security number of ▮▮▮▮▮ and a date of birth of April 26, 1946, resides in New York, New York. On or about March 15, 2006, I interviewed Mr. Whitaker, who told me that he believed that he was the victim of identity theft. I compared Mr. Whitaker's New York driver's license photograph with the bank surveillance photographs of the individual who opened the fraudulent Commerce Bank account and with the photograph on the District of Columbia driver's license presented to Commerce Bank. The individual who opened the Commerce Bank account and the true Ridley M. Whitaker are not the same person.

10. On or about March 24, 2006, I was contacted by a United States Postal Inspector who was investigating a matter in which an individual purporting to be Ridley M. Whitaker had opened two accounts at a Washington, D.C. branch of a stock trading company called E*Trade Financial Corporation ("E*Trade"). Account number ▮▮▮▮▮ was opened at E*Trade on or about November 3, 2005, as an investment club titled "Whitaker Kleinberg Gelles Thornton Thompson Weltman." The primary signer was listed as Ridley Whitaker, date of birth ▮▮▮▮▮, Social Security number ▮▮▮▮▮.

11. On or about November 10, 2005, an individual claiming to be Ridley Whitaker entered the E*Trade branch at 1850 K Street N.W., Washington, D.C., and deposited five (5) United States Treasury checks, in the amount of approximately $2000.00 each, into account number ▮▮▮▮▮. Each of these checks had been issued by the Federal Emergency Management Agency

("FEMA") for disaster relief assistance. The checks were made out to five (5) different individuals, all with the address 154 Eighth Avenue, #59, New York, New York 10011.

12. Surveillance cameras at E*Trade filmed the individual purporting to be Ridley Whitaker depositing the checks described in Paragraph 11 into account number ▓▓▓▓▓▓. E*Trade also recorded a telephone call inquiring about account number ▓▓▓▓▓▓ from an individual purporting to be Ridley Whitaker. Because E*Trade suspected fraud, this account was frozen shortly after the checks were deposited, and no withdrawals ever were made from it. The true Ridley M. Whitaker described in Paragraph 9 of this Affidavit was interviewed and stated that he had not opened this account nor authorized anyone else to use his name, date of birth, and Social Security number to do so.

13. Another E*Trade account, account number ▓▓▓▓▓▓, was opened on or about November 9, 2005, as an investment club titled "Whitaker Kleinberg Gelles Thornton Thompson Weltman Gaynor and Davis, Inc." with a $500.00 U.S. Postal money order that had been sent to E*Trade in the District of Columbia via Federal Express. The primary signer on this account was listed as Ridley Whitaker, 1718 M Street N.W., Washington, D.C. 20036; date of birth ▓▓▓▓▓▓, ▓▓▓▓ and Social Security number ▓▓▓▓▓▓. Twenty (20) other individuals were listed as members of the investment club. Two (2) addresses were given for these twenty (20) individuals: (a) 2911 Tazewell Pike, #185, Knoxville, Tennessee 37918; and (b) 533 Church Street, #240, Nashville, Tennessee 37129.

14. The Tazewell Pike, Church Street, and Eighth Avenue addresses described in paragraphs 11 and 13 above are all UPS or Mailboxes Etc. store locations.

15. A mailbox at 533 Church Street, #240, Nashville, Tennessee 37219, was rented on or about September 24, 2005, in the name of Don Spence. The individual who rented this mailbox presented a Washington, D.C. driver's license in the name of Donald D. Spence and a New School University identification card in the name of Donald D. Spence.

16. A mailbox at 2911 Tazewell Pike, #185, Knoxville, Tennessee 37918, was rented on or about October 1, 2005, in the name of Jeffrey Manheimer. The individual who rented this mailbox presented a Washington, D.C. driver's license in the name of Jeffrey A. Manheimer and a Commerce Bank debit card in the name of Jeffrey A. Manheimer.

17. A mailbox at 154 Eighth Avenue, #59, New York, New York 10011, was rented on or about October 17, 2005, in the name of Ridley Whitaker. The individual who rented this mailbox presented a Washington, D.C. driver's license in the name of Ridley M. Whitaker and a New York University identification card in the name of Ridley Whitaker.

18. A mailbox at 1718 M Street N.W., #162, Washington, D.C. 20036, was rented on or about October 18, 2005, in the name of Ridley Whitaker. The individual who rented this mailbox presented a Washington, D.C. driver's license in the name of Ridley M. Whitaker.

19.     The photographs on all four driver's licenses described in paragraphs 15-18 above and the photographs on the two school identification cards all depict the same individual: a white male, approximately fifty-five (55) to sixty (60) years of age, with mid-length white or gray hair.

20.     In the wake of Hurricanes Katrina and Rita in the summer of 2005, FEMA implemented the following procedure to provide emergency assistance to individuals affected by the hurricanes. Individuals seeking assistance could apply for aid in person, over the telephone, or through the Internet. Each applicant was asked to provide his or her name; date of birth; Social Security number; an address affected by the hurricane; and an address to which an assistance check could be sent. The applicant then would receive a United States Treasury check in the amount of approximately $2000.00. Before sending out these emergency assistance checks, FEMA did not verify any of the information provided by the applicant.

21.     On or about April 18, 2006, I provided a FEMA security specialist with the addresses known to be used by the individual purporting to be Ridley M. Whitaker and the addresses associated with the members of the E*Trade investment club accounts. After examining FEMA's records, the FEMA security specialist learned that approximately fifty-five (55) emergency assistance checks, made out to approximately fifty-five (55) different individuals, including Jeffrey Rothschild and Jeffrey Zahler, had been mailed to the aforementioned mailbox locations in New York and Tennessee.

22.     On or about May 11, 2006, I contacted several of the individuals to whom the FEMA checks described in Paragraph 21 had been made out. All of the individuals to whom I spoke stated that they had not applied for emergency assistance checks from FEMA; that they had not authorized anyone else to apply for such checks on their behalf or to use their name, Social Security number, or other identifiers for any purpose whatsoever; and that they did not own any property that had been damaged in Hurricanes Katrina and Rita in the summer of 2005.

23.     On or about May 17, 2006, I provided the list of purported check recipients to an American Express fraud investigator.

24.     On or about May 18, 2006, the American Express investigator contacted me and stated that he recognized the name Jeffrey Rothschild aka Jeffrey Zahler as that of a felon who previously had been convicted of fraud. The investigator forwarded to me a photograph of the individual known to him as Jeffrey Rothschild. The individual depicted in this photograph matched the individual in all of the photographs on the driver's licenses used to open the mailboxes at the locations in Tennessee, New York, and Washington, D.C., described above, as well as the individual purporting to be Ridley Whitaker who was depicted on surveillance videotapes from Commerce Bank and E*Trade. ROTHSCHILD's Florida driver's license photograph also matches the surveillance photographs from Commerce Bank and E*Trade and the photographs on the driver's licenses and identification cards used to open the mailboxes described in paragraphs 15-18 above.

25. A search of NCIC/NLETS and other law enforcement databases for Jeffrey Rothschild aka Jeffrey Alan Zahler revealed that there is an outstanding warrant for ROTHSCHILD that was issued on or about February 8, 2006, by the United States District Court for the Southern District of New York for failure to comply with the terms of supervised release. ROTHSCHILD was convicted in 1999 of access device fraud, in violation of 18 U.S.C. § 1029(a), and was sentenced to fifty-seven (57) months of incarceration and three years of supervised release.

26. On or about June 22, 2006, a United States Magistrate Judge in the District of Columbia issued an arrest warrant for ROTHSCHILD, finding that there was probable cause to believe that on or about November 10, 2005, in the District of Columbia, ROTHSCHILD knowingly possessed or used, without lawful authority, a means of identification of another person, specifically the Social Security number and/or date of birth of Ridley M. Whitaker, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law, in violation of 18 U.S.C. § 1028(a).

27. On or about June 27, 2006, ROTHSCHILD was arrested outside an Greyhound bus terminal located at 200 West San Antonio Street in El Paso, Texas. On ROTHSCHILD's person at the time of his arrest were approximately $2800.00 in United States currency and several identification cards bearing the names of other individuals and ROTHSCHILD's photograph. Later that same day, ROTHSCHILD was advised of his rights under *Miranda v. Arizona*, 384 U.S. 436 (1966), by a United States Postal Inspector and a Special Agent of the Inspector General's Office of the United States Department of the Treasury. ROTHSCHILD signed a written waiver of his *Miranda* rights.

28. Law enforcement agents subsequently interviewed ROTHSCHILD. During that interview, ROTHSCHILD admitted that he was responsible for approximately $100,000.00 in FEMA fraud. Specifically, ROTHSCHILD told the agents that he had obtained several District of Columbia identification cards bearing the names of other people, including Ridley M. Whitaker, and his own photograph. In the late summer and fall of 2005, ROTHSCHILD stated, he applied for numerous FEMA emergency assistance checks using the names and identifiers of real individuals who he knew were not entitled to such assistance and who had not given him permission to use their names and identifiers in any way. ROTHSCHILD said that he would have these FEMA checks mailed to post office boxes that he had rented in the names of the individuals whose names appeared on the fraudulent identification cards and then would deposit them into bank accounts opened in those individuals' names, including an account at E*Trade in the District of Columbia, from which he withdrew or tried to withdraw money for his own use.

29. In addition, ROTHSCHILD stated that he had left a briefcase in the cafeteria of the Greyhound bus terminal that he had not been able to retrieve after his arrest. ROTHSCHILD described the briefcase as black in color with a "Porsche Design" label. In the early morning hours of June 28, 2006, law enforcement officers went to the Greyhound bus station where ROTHSCHILD had been arrested. They recovered a black nylon briefcase with a silver tag on it bearing the words

"Porsche Design" from a terminal employee who stated that the briefcase had been found unattended in the terminal on the previous day.

  30.  ROTHSCHILD told law enforcement agents that the briefcase he left in the Greyhound bus terminal in El Paso, Texas contained folders of information on the identities he had stolen, as well as other documents related to his fraud schemes and the keys to a storage unit in New York, New York in which he was keeping other documents related to his schemes.

  31.  The briefcase has not been searched and will be transported to the District of Columbia by law enforcement agents on or about June 29, 2006, where it will be secured pending this Court's authorization to search it.

  32.  Based on the foregoing, there is probable cause to believe that from in or about September 2005 to the present, within the District of Columbia and elsewhere, ROTHSCHILD violated 18 U.S.C. §§ 641 (theft of United States property) and 1028(a) (identity document fraud), and that the briefcase described more fully in Attachment A contains evidence, fruits, and instrumentalities of those crimes, as described more fully in Attachment B. Therefore, I request that a search warrant be issued.

                _____
                SPECIAL AGENT KEVIN P. AURAND
                United States Secret Service

Sworn and subscribed to before me this _____ day of June, 2006.

_____
JOHN M. FACCIOLA
United States Magistrate Judge