**ATTACHMENT A – CONTAINER TO BE SEARCHED**

A black nylon briefcase, black in color, approximately 36 inches by 24 inches by 6 inches, with a silver tag on it bearing the words "Porsche Design," that was recovered from the Greyhound bus terminal located at 200 West San Antonio Street, El Paso, Texas, on June 28, 2006.

Case 1:06-mj-00307-JMF    Document 1-3    Filed 06/29/2006    Page 1 of 1