## ATTACHMENT B – ITEMS TO BE SEIZED

Ledgers, books, records, journals, notes, work papers, income statements, receipts, invoices, statements, vendor lists, correspondence, notes or receipts recording or relating to the acquisition, conversion, movement, secreting, transfer or disbursement of currency and monetary or business transactions. Any contracts, records of real estate transactions, purchase orders, price lists, inventory records, telephone bills appointment books and telephone listings.

Any and all identification documents, including but not limited to driver's licenses, identification cards, Social Security cards, and passports.

Any and all documents containing names and identifiers, including but not limited to Social Security numbers and birth dates, of any individuals.

Any and all documents, receipts, account statements, invoices, merchandise order forms, bank cards, credit cards, application for credit, credit card receipts and convenience checks.

Bank statements, deposit slips, cancelled checks and related records, credit cards, money drafts, letters of credit, wire transfers, money orders and cashier's checks, checks and receipts, treasurer checks, bill of sale, installment contracts, real estate records, passbooks, bank checks, safe deposit keys, money wrappers and any other items evidencing the obtaining, secreting, transferring, concealment and/or expenditure of money.

Address and/or telephone books, rolodex indices, notes, business cards or papers reflecting names, addresses, telephone numbers, pager numbers, facsimile numbers and/or telex numbers.

Any documents showing residence, rental, or occupancy of any premises, including storage facilities, including but not limited to utility, land, telephone records, mortgages, deeds, lien records, purchase or lease agreements, cancelled mail, cancelled envelopes and keys.

Photographs of assets.

Schedules, appointment books and calendars.

Papers, notes, schedules, passport/visa/drivers license information, airline tickets, boarding passes and airline receipts related to domestic and foreign travel.

Vehicle titles, registrations and documentation related to the purchase, lease or ownership of motor vehicles.

Any federal income tax returns and work papers relating to income, expenses, assets and liabilities.

Electronic evidence, including but not limited to input/output peripheral devices, hardware, software, related documentation, passwords, data security devices and magnetic or electronic storage devices.

Telephones, pagers, personal digital assistants (PDAs), and wireless electronic mail devices.